RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Counsel for **MEZA-VILLAGRANA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-170-JAD-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** |
| vs. | |
| ANGELICA MEZA-VILLAGRANA, | |
| Defendant. | |

COMES NOW THE DEFENDANT, Angelica Meza-Villagrana, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for ANGELICA MEZA-VILLAGRANA, that the sentencing hearing currently scheduled for Thursday, October 31, 2013 at the hour of 9:00 a.m. be advanced to a date and time convenient to this court.

On September 24, 2013 we received the Defendant's Presentence Investigation Report. Probation has recommended a sentence of credit for time served. This is consistent with the parties sentencing agreement as delineated in the plea agreement.

///

///

///

1

1           Accordingly, the parties jointly request that the currently scheduled sentencing hearing

2    be advanced.

3           DATED this 26th day of September, 2013.

4                                   Respectfully submitted,

6                                   RENE L. VALLADARES
                               Federal Public Defender

7                                   */s/ Raquel Lazo*

8                By: _____
                               RAQUEL LAZO,

9                                   Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGELICA MEZA-VILLAGRANA,

        Defendant.

2:13-cr-170-JAD-PAL

**PROPOSED ORDER TO ADVANCE
SENTENCING HEARING**

**ORDER**

    GOOD CAUSE APPEARING,  IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, October 31, 2013 at the hour of 9:00 a.m. be advanced to ‗Wednesday, October 16, 2013, at 11:00 a.m. in Courtroom 6D.

    DATED ‗30th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 26, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
ROBERT A. BORK
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender